■ THOMAS G. BAKER et al., Appellants-Respondents, v

COMMUNITY FINANCIAL SERVICES, INC., Respondent-Appellant, and LILLIAN A. WARNER, Respondent. [617 NYS2d 614] —Cross appeal unanimously dismissed upon withdrawal and order affirmed without costs. (Appeals from Order of Supreme Court, Oneida County, Parker, J.—Summary Judgment.) Present— Denman, P. J., Green, Balio, Doerr and Boehm, JJ.